ACCEPTED
01-15-00354-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 2:08:15 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00354-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 2:08:15 PM
CHRISTOPHER A. PRINE
Clerk

HARRIS COUNTY, TEXAS,
*Appellant/Cross-Appellee*,

AND

THE STATE OF TEXAS, ACTING BY AND THROUGH THE TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY, A NECESSARY AND INDISPENSABLE PARTY,
*Appellant/Cross Appellee,*

v.

INTERNATIONAL PAPER COMPANY,
*Appellee/Cross-Appellant*.

On Appeal from the 295th Judicial District Court of Harris County, Texas

## MOTION FOR BRIEFING SCHEDULE

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General
for Civil Litigation

JON NIERMANN
Chief, Environmental Protection
Division

MARY E. SMITH
Assistant Attorney General
State Bar No. 24041941
*Mary.Smith@texasattorneygeneral.gov*

ANTHONY W. BENEDICT
Assistant Attorney General
State Bar No. 02129100
*Anthony.Benedict@texasattorneygeneral.gov*

LINDA B. SECORD
Assistant Attorney General
State Bar No. 17973400
*Linda.Secord@texasattorneygeneral.gov*

Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911
ATTORNEYS FOR THE TEXAS
COMMISSION ON
ENVIRONMENTAL QUALITY

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY'S
RESPONSE TO INTERNATIONAL PAPER COMPANY'S
<u>MOTION FOR BRIEFING SCHEDULE</u>**

On May 5, 2015, International Paper Company ("IP") filed its Motion for Briefing Schedule. The Texas Commission on Environmental Quality ("TCEQ"), a necessary and indispensable party pursuant to Tex. Water Code § 7.353, asks this Court to enter the following consolidated briefing schedule, which recognizes TCEQ's unique role in this case and extends the schedule by only 20 days, as an alternative to IP's proposal.

## BACKGROUND

The trial court entered a final judgment in the underlying case on January 20, 2015. On April 17 and 22, 2015, respectively, Harris County and TCEQ filed notices of appeal. On April 30, 2015, IP filed a notice of cross-appeal. On May 5, 2015, IP filed a motion for briefing schedule.

## ARGUMENT

The TCEQ asks the Court to order the following briefing schedule subject to any motion for extension of time:

| Filing | Due Date |
| --- | --- |
| Harris County's appellant brief | **30 days** after the record is filed |
| TCEQ's appellant brief | **10 days** after Harris County's appellant brief is filed |
| International Paper's appellee and cross-appellant brief | **30 days** after the TCEQ's appellant brief is filed |
| Harris County's reply to appellee brief and response to cross-appellant brief | **20 days** after International Paper's appellee/cross-appellant brief is filed |
| TCEQ's reply to appellee brief and response to cross-appellant brief | **10 days** after Harris County's reply/response brief is filed |
| International Paper's cross-reply brief | **20 days** after TCEQ's reply/response brief is filed |

TCEQ's proposed schedule allows for the 30-day extension for the filing of International Paper's cross-appellant brief and the waiver of TCEQ's own appellant's reply brief, as requested in International Paper's motion. The only difference between the two schedules is TCEQ's request for a ten-day extension to file its appellant brief and its reply/response to International Paper's appellee and cross-appellant brief.

The TCEQ seeks this additional time because of its unique role in this case. Under the Water Code, local governments, like Harris County, may bring suits to enforce certain rules and statutes administered by the TCEQ. Tex. Water Code § 7.351. The TCEQ is a statutory necessary and indispensable party so that it may address statewide interests that arise in this and similar cases. *See* Tex. Water Code § 7.353. Although the TCEQ anticipates working closely with Harris County to

coordinate its briefing, until Harris County's briefing is final, the TCEQ will not know whether and to what extent additional briefing may be necessary to address state interests. The TCEQ requests a modest amount of additional time for its initial and reply/response briefs so that it may focus on these state interests without undue repetition of Harris County's briefs, conserving the resources of this Court and the parties to the case.

### PRAYER

For the reasons stated above, the TCEQ asks the Court to grant its motion for briefing schedule.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JON NIERMANN
Chief, Environmental Protection Division

/s/ Mary E. Smith
MARY E. SMITH
Assistant Attorney General
State Bar No. 24041947

ANTHONY W. BENEDICT
Assistant Attorney General
State Bar No. 02129100

4

LINDA B. SECORD
Assistant Attorney General
State Bar No. 17973400

Office of the Attorney General of Texas
Environmental Protection Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2012
(512) 320-0911 (Facsimile)
Mary.Smith@texasattorneygeneral.gov
Anthony.Benedict@texasattorneygeneral.gov
Linda.Secord@texasattorneygeneral.gov
ATTORNEYS FOR THE TEXAS
COMMISSION ON ENVIRONMENTAL
QUALITY

## CERTIFICATE OF CONFERENCE

I certify that on April 29, 2015, and May 4, 2015, Linda Secord conferred with counsel for International Paper regarding the briefing scheduled proposed in this motion. And, on May 6, 2015, I conferred with Harris County regarding the proposed schedule. International Paper opposes the schedule because it prefers the schedule in its motion. Harris County is unopposed to the schedule proposed in this response.

/s/ Mary E. Smith
Mary E. Smith

## CERTIFICATE OF SERVICE

I certify that a copy of the ***Texas Commission on Environmental Quality's Response to International Paper Company's Motion for Briefing Schedule*** was served on each person listed below via e-service and e-mail on May 7, 2015.

/s/ Mary E. Smith
Mary E. Smith

Winstol D. Carter, Jr.
Craig A. Stanfield
Morgan, Lewis & Bockius, LLP
1000 Louisiana St., Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001
Email: wcarter@morganlewis.com
Email: cstanfield@morganlewis.com
*Attorneys for International Paper, Inc.*

Allyson N. Ho
Morgan, Lewis & Bockius, LLP
1717 Main St., Suite 3200
Dallas, TX 75201
Telephone: (214) 466-4000
Facsimile: (214) 466-4001
Email: aho@morganlewis.com
*Attorneys for International Paper, Inc.*

Debra Tsuchiyama Baker
Earnest W. Wotring
Michael Connelly
John Muir
David George
Connelly, Baker, Wotring, LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Email: dbaker@connellybaker.com
Email: ewotring@connellybaker.com
Email: mconnelly@connellybaker.com
Email: jmuir@connellybaker.com

Rock W.A. Owens
Terence L. O'Rourke
Vince Ryan
Harris County Attorney
Office of the Harris County Attorney
Texas Bar No. 15311000
1019 Congress, 15th Floor
Houston, Texas 77002
Email: Rock.Owens@cao.hctx.net
*Attorneys for Harris County*